UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| KONA GOLD BEVERAGE INC., | |
|---|---|
| Plaintiff, | |
| v. | Case No. 22-CV-440-JPS |
| MILWAUKEE BREWING COMPANY, | ORDER |
| Defendant. | |

On November 16, 2022, counsel for Defendant filed a motion to withdraw from representation. ECF No. 13. Counsel for Defendant represented that the reason for his motion was that he has been unable to communicate with and receive compensation from Defendant, because Defendant's "assets were sold, the employees were terminated, and there are no corporate funds available to pay unsecured creditors." ECF No. 14.

The Court sets the motion for a hearing on the date indicated below. Counsel for both Plaintiff and Defendant must attend in person. Additionally, **counsel for Defendant must ensure a corporate representative for Defendant attends the hearing in person** and, prior to the hearing, must serve the moving and a copy of this Order on Defendant and file a certificate of service on the docket.

Accordingly,

**IT IS ORDERED** that a hearing on Attorney Douglas Rose's motion to withdraw, ECF No. 13, is scheduled for **Thursday, December 8, 2022 at 11:00 a.m.** in Courtroom 425, 517 E. Wisconsin Ave., Milwaukee, WI 53202;

counsel for Plaintiff, counsel for Defendants, and a corporate representative of Defendant Milwaukee Brewing Company must attend in person; and

**IT IS FURTHER ORDERED** that Attorney Douglas Rose serve copies of the moving papers and this Order on Defendant Milwaukee Brewing Company and file a certificate of service on the docket.

Dated at Milwaukee, Wisconsin, this 28th day of November, 2022.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge